# Third District Court of Appeal

## State of Florida

Opinion filed February 9, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1456
Lower Tribunal No. 19-14251 CC

_____

**Karl H. Allen,**
Appellant,

vs.

**Unifund CCR (LLC),**
Appellee.

An Appeal from the County Court for Miami-Dade County, Ayana Harris, Judge.

Karl H. Allen, in proper person.

O&L Law Group, P.L., and David C. Fall (Tampa), for appellee.

Before FERNANDEZ, C.J., and SCALES and LINDSEY, JJ.

PER CURIAM.

Affirmed. See Martins v. PNC Bank, Nat'l Ass'n, 170 So. 3d 932, 936-

37 (Fla. 5th DCA 2015) ("[I]f the non-moving party does not act diligently in

completing discovery or uses discovery methods to thwart and/or delay the hearing on the motion for summary judgment, the trial court is within its discretion to grant summary judgment even though there is discovery still pending.").